IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LANGEMAN MANUFACTURING LTD.,

                    Plaintiff,

        v.

PINNACLE WEST ENTERPRISES, INC.,
RHINO LININGS USA, INC., TRIM TAPE,
INC., ULTIMATE LININGS LTD.,VORTEX
SPRAYLINERS, INC., ZEFR COMPOSITES, INC.,
ZIEBART INTERNATIONAL CORP., BALLWEG
CHEVROLET, INC., D&J SERVICE CENTER,
DOUBLE G COLLISION CLINIC, L.L.C., JONES
CHEVROLET-BUICK-PONTIAC-CADILLAC,
INC., KING KOLLISION, L.L.C., KUNES
COUNTRY CHEVROLET–CADILLAC, INC.,
MONROE TRUCK EQUIPMENT, INC. and
ZIEBART'S RHINO LINING–JANESVILLE,,

                  Defendants.

ORDER

07-cv-00411-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       A status conference was held by telephone in this case on January 11, 2008 to discuss

the effect of defendant Trim Tape, Inc.'s filing for bankruptcy. All parties still remaining in

the case were represented other than Zefr Composites, Inc., and Monroe Truck Equipment,

Inc.

1

Counsel for plaintiff advised the court that it will be proceeding against the remaining defendants, not including Trim Tape, Inc., and that the present schedule can remain in effect.

Entered this 11th day of January, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge