IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LANGEMAN MANUFACTURING, LTD.,<br> *Plaintiff,*<br><br>v.<br><br>PINNACLE WEST ENTERPRISES, INC.,<br>RHINO LININGS USA, INC.,<br>TRIM TAPE, INC.,<br>ULTIMATE LININGS LTD.,<br>VORTEX SPRAYLINERS, INC.,<br>ZEFR COMPOSITES, INC.,<br>ZIEBART INTERNATIONAL CORP.,<br>BALLWEG CHEVROLET, INC.,<br>D&J SERVICE CENTER,<br>DOUBLE G COLLISION CLINIC, L.L.C.,<br>KING KOLLISION, L.L.C.,<br>MONROE TRUCK EQUIPMENT, INC., and<br>ZIEBART'S RHINO LINING – JANESVILLE.<br> *Defendants.* | CIVIL ACTION NO. 07-CV-0411-C<br><br>DEMAND FOR JURY TRIAL |

### [~~PROPOSED ORDER~~] GRANTING JOINT MOTION TO DISMISS DEFENDANT MONROE TRUCK EQUIPMENT, INC. WITHOUT PREJUDICE

On this date came on to be considered the Joint Motion to Dismiss Defendant Monroe Truck Equipment, Inc. Without Prejudice. The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that all claims against Defendant Monroe Truck Equipment, Inc. be dismissed without prejudice.

So ordered this the 4th day of February, 2008.

*Barbara B. Crabb*
United States District Court Judge

Copy of this document has been provided to: Counsel
this 5 day of Feb, 2008
by *[signature]*
S. Vogel, Secretary to
Judge Barbara B. Crabb

Austin 890467v.1