DOCKET #
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAR 13 2008

FILED
THERESA M. OWENS, CLERK
CASE #

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANGEMAN MANUFACTURING, LTD.,
   *Plaintiff,*

v.

PINNACLE WEST ENTERPRISES, INC.,
RHINO LININGS USA, INC.,
TRIM TAPE, INC.,
ULTIMATE LININGS LTD.,
VORTEX SPRAYLINERS, INC.,
ZEFR COMPOSITES, INC.,
ZIEBART INTERNATIONAL CORP.,
BALLWEG CHEVROLET, INC.,
DOUBLE G COLLISION CLINIC, L.L.C.,
KING KOLLISION, L.L.C., and
ZIEBART'S RHINO LINING – JANESVILLE.

   *Defendants.*

CIVIL ACTION NO. 07-CV-0411-C

DEMAND FOR JURY TRIAL

## [PROPOSED ORDER] GRANTING JOINT MOTION TO DISMISS DEFENDANT VORTEX SPRAYLINERS, INC. WITHOUT PREJUDICE

On this date came on to be considered the Joint Motion to Dismiss Defendant Vortex Sprayliners, Inc. Without Prejudice. The Court is of the opinion that the motion should be GRANTED, and it is HEREBY ORDERED as follows:

1.   All claims made by Langeman against Vortex in this Civil Action are hereby dismissed without prejudice.

2.   All claims made by Vortex against Langeman in this Civil Action are hereby dismissed without prejudice.

3.   All counterclaims relating to the infringement, validity or enforceability of the Patents-in-suit that could have been brought by Vortex in this Civil Action are hereby dismissed without prejudice.

Copy of this document has been provided to: Atty's Springman, Simpson, Pasternak, Pascucci, Halem Holland - Jes via this __ day of Mar, 2008 by __ M. Hardin, Secretary to J___ ___ Shabaz

4. Except as set forth in the settlement agreement between Langeman and Vortex, Langeman and Vortex shall bear their own costs and attorneys' fees.

5. Except as set forth in the settlement agreement between Langeman and Vortex, Langeman has reserved all its rights against the remaining defendants and nothing in this order waives, releases, or adjudicates such rights.

6. The Court shall retain jurisdiction of this matter to enforce the terms of the agreement between Langeman and Vortex.

So ordered this the 13th day of March, 2008.

_Barbara B. Crabb_
United States District Court Judge

Austin 960747v.1