IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LANGEMAN MANUFACTURING LTD.,

              Plaintiff,              ORDER

   v.

                                               07-C-411-C

PINNACLE WEST ENTERPRISES, INC.,
RHINO LININGS USA, INC., TRIM TAPE,
INC., ULTIMATE LININGS LTD.,VORTEX
SPRAYLINERS, INC., ZEFR COMPOSITES,
INC., ZIEBART INTERNATIONAL CORP.,
BALLWEG CHEVROLET, INC., D&J SERVICE
CENTER, DOUBLE G COLLISION CLINIC,
L.L.C., JONES CHEVROLET-BUICK-
PONTIAC-CADILLAC, INC., KING
KOLLISION, L.L.C., KUNES COUNTRY
CHEVROLET-CADILLAC, INC., MONROE
TRUCK EQUIPMENT, INC. and ZIEBART'S
RHINO LINING -JANESVILLE,

              Defendants.

---

On April 2, 2008, this court held a recorded telephonic hearing on plaintiff's motion to compel discovery from defendant Ziebart International Corp. (dkt. 147). Both sides were represented by counsel.

The court spent some time discussing the discovery disputes with both sides and attempting to craft acceptable solutions and compromises. Where necessary, the court ordered certain outcomes by fiat. Ultimately, the motion to compel was granted in part and denied in part in the fashion and for the reasons stated during the hearing. I denied plaintiff's motion for

cost shifting under Rule 37(a)(5) for reasons stated on the record. The parties had no other matters to bring to the court's attention.

Entered this 3rd day of April, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge