IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LANGEMAN MANUFACTURING, LTD., <br> *Plaintiff,* <br><br> v. <br><br> PINNACLE WEST ENTERPRISES, INC., <br> RHINO LININGS USA, INC., <br> TRIM TAPE, INC., <br> ULTIMATE LININGS LTD., <br> ZEFR COMPOSITES, INC., <br> ZIEBART INTERNATIONAL CORP., <br> BALLWEG CHEVROLET, INC., <br> D&J SERVICE CENTER, <br> DOUBLE G COLLISION CLINIC, L.L.C., <br> KING KOLLISION, L.L.C., and <br> ZIEBART'S RHINO LINING – JANESVILLE. <br> *Defendants.* | CIVIL ACTION NO. 07-CV-0411-C <br><br> DEMAND FOR JURY TRIAL |

**[PROPOSED ORDER] GRANTING JOINT MOTION TO DISMISS**
**D&J SERVICE CENTER WITHOUT PREJUDICE**

On this date came on to be considered the Joint Motion to Dismiss Defendant D&J Service Center Without Prejudice. The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that all claims against Defendant D&J Service Center, Inc. be dismissed without prejudice.

So ordered this the 2d day of April, 2008.

Barbara B. Crabb
United States District Court Judge

Austin 890467v.1

Copy of this document has been provided to: Attys Sponnahan, Simpson, Pasturnak, Pascucci, ____ Copland – Jept via NEF
this 3 day of Apr, 2008
by ____
M. Hardin, Secretary to
Judge John C. Shabaz