IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LANGEMAN MANUFACTURING, LTD.,<br>*Plaintiff,*<br><br>v.<br><br>PINNACLE WEST ENTERPRISES, INC.,<br>RHINO LININGS USA, INC.,<br>TRIM TAPE, INC.,<br>ULTIMATE LININGS LTD.,<br>ZEFR COMPOSITES, INC.,<br>ZIEBART INTERNATIONAL CORP.,<br>BALLWEG CHEVROLET, INC.,<br>D&J SERVICE CENTER,<br>DOUBLE G COLLISION CLINIC, L.L.C.,<br>KING KOLLISION, L.L.C., and<br>ZIEBART'S RHINO LINING – JANESVILLE.<br>*Defendants.* | CIVIL ACTION NO. 07-CV-0411-C<br><br>DEMAND FOR JURY TRIAL |

### [PROPOSED ORDER] GRANTING JOINT MOTION TO DISMISS ZEFR COMPOSITES, INC. WITHOUT PREJUDICE

On this date came on to be considered the Joint Motion to Dismiss Defendant Zefr Composites, Inc. Without Prejudice. The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that all claims against Defendant Zefr Composites, Inc. be dismissed without prejudice and all counterclaims asserted by Defendant Zefr Composites, Inc. be dismissed without prejudice.

So ordered this the 24th day of April, 2008.

*Barbara B. Crabb*
United States District Court Judge

Austin 975649v.1