IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LANGEMAN MANUFACTURING, LTD.,

                                                             ORDER

                     Plaintiff,

                                                           07-cv-411-bbc

     v.

RHINO LININGS USA, INC., ZIEBART
INTERNATIONAL CORP., BALLWEG
CHEVROLET, INC., KING KOLLISION, L.L.C.
and ZIEBART'S RHINO LINING–JANESVILLE,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     A scheduling hearing was held in this case on May 30, 2008 before United States District Judge Barbara B. Crabb. After discussion with counsel, it appeared that keeping the original trial date of September 22, 2008 is the only workable solution.

     Counsel do need a little more time for filing their motion for summary judgment, however. I am giving the moving party until June 13, 2008, in which to file and serve its motion and supporting brief.  Responses are due no later than July 3, 2008.  Reply briefs are due July 14, 2008 and a sur-reply for the non-moving party may be filed no later than July 24, 2008.

Although defendants' counsel want to dismiss plaintiff's case on the ground that plaintiff has a potential problem of inventorship, I denied the motion. If the PTO has not acted prior to trial, plaintiff can move no later than September 15, 2008, for judicial correction of the patent.

Entered this 2d day of June, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge