## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

LANGEMAN MANUFACTURING, INC.        )
                                        )
      Plaintiff,                   )       Civil Action No. 07-C-411-C
                                          )
vs.                                )       Judge Barbara B. Crabb

PINNACLE WEST ENTERPRISES, INC.,
RHINO LININGS USA, INC., TRIM TAPE,
INC., ULTIMATE LININGS, LTD., VORTEX
SPRAYLINERS, INC., ZEFR COMPOSITES,
INC., ZIEBART INTERNATIONAL CORP.,
BALLWEG CHEVROLET, INC., D & J
SERVICE CENTER, DOUBLE G COLLISION
CLINIC, LLC., KING KOLLISION, LLC,
MONROE TRUCK EQUIPMENT, INC and
ZIEBART'S RHINO LINING-JANESVILLE,
      Defendants.

## [~~PROPOSED~~] STIPULATED ORDER OF DISMISSAL OF CROSS-CLAIM

On this date came to be considered the Joint Motion to Dismiss D & J Service Center's

Cross-Claim Against Pinnacle West Enterprises, Inc. With Prejudice. The Court is of the

opinion that the motion should be GRANTED, and it is HEREBY ORDERED as follows:

    1.     All claims made by D & J Service Center against Pinnacle West Enterprises, Inc.

in this Civil Action are hereby dismissed with prejudice.

    2.     D & J Service Center and Pinnacle West Enterprises, Inc. shall bear their own

costs and attorney fees.

3. The Court shall retain jurisdiction of this matter to enforce the terms of the agreement

between D & J Service Center and Pinnacle West Enterprises, Inc.


SO ORDERED:


Dated: _August 15, 2008_      _Barbara B. Crabb_

United States District Judge