IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LANGEMAN MANUFACTURING, LTD., <br> *Plaintiff,* <br><br> v. <br><br> PINNACLE WEST ENTERPRISES, INC., <br> RHINO LININGS USA, INC., <br> TRIM TAPE, INC., <br> ULTIMATE LININGS LTD., <br> VORTEX SPRAYLINERS, INC., <br> ZEFR COMPOSITES, INC., <br> ZIEBART INTERNATIONAL CORP., <br> BALLWEG CHEVROLET, INC., <br> D&J SERVICE CENTER, <br> DOUBLE G COLLISION CLINIC, L.L.C., <br> JONES CHEVROLET-BUICK-PONTIAC-CADILLAC, INC., <br> KING KOLLISION, L.L.C., <br> KUNES COUNTRY CHEVROLET-CADILLAC, INC., <br> MONROE TRUCK EQUIPMENT, INC., and <br> ZIEBART'S RHINO LINING – JANESVILLE. <br> *Defendants.* | CIVIL ACTION NO. 07-CV-0411-C <br><br> DEMAND FOR JURY TRIAL |

### [PROPOSED ORDER] GRANTING JOINT MOTION TO DISMISS ZIEBART INTERNATIONAL CORP. WITHOUT PREJUDICE

On this date came on to be considered the Joint Motion to Dismiss Defendant Ziebart International Corp. Without Prejudice. The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that all claims against Defendant Ziebart International Corp. be dismissed without prejudice.

So ordered this the 28th day of August, 2008.

*Barbara B. Crabb*
United States District Court Judge