IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LANGEMAN MANUFACTURING, LTD.,<br>*Plaintiff*,<br><br>v.<br><br>PINNACLE WEST ENTERPRISES, INC.,<br>RHINO LININGS USA, INC.,<br>TRIM TAPE, INC.,<br>ULTIMATE LININGS LTD.,<br>VORTEX SPRAYLINERS, INC.,<br>ZEFR COMPOSITES, INC.,<br>ZIEBART INTERNATIONAL CORP.,<br>BALLWEG CHEVROLET, INC.,<br>D&J SERVICE CENTER,<br>DOUBLE G COLLISION CLINIC, L.L.C.,<br>JONES CHEVROLET-BUICK-PONTIAC-<br>CADILLAC, INC.,<br>KING KOLLISION, L.L.C.,<br>KUNES COUNTRY CHEVROLET-CADILLAC,<br>INC.,<br>MONROE TRUCK EQUIPMENT, INC., and<br>ZIEBART'S RHINO LINING – JANESVILLE.<br>*Defendants*. | CIVIL ACTION NO. 07-CV-0411-C<br><br>DEMAND FOR JURY TRIAL |

## [~~PROPOSED ORDER~~] GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT OF INFRINGEMENT AND DISMISSAL WITH PREJUDICE

On this date came on to be considered the Joint Motion For Entry of Final Judgment of Infringement. The Court, having considered this Motion by the parties and its Opinion and Order of August 15, 2008 (Dkt. No. 229) granting summary judgment of infringement, is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that final judgment of direct infringement against Rhino Linings USA, Inc., Ballweg Chevrolet, Inc., and King Kollision, L.L.C. be entered; and

It is further ORDERED, that all remaining claims be dismissed with prejudice.

Austin 1017654v.1

So ordered this the 12th day of September, 2008.

*Barbara B. Crabb*
United States District Court Judge