IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANGEMAN MANUFACTURING, LTD,

    Plaintiff,

v.

PINNACLE WEST ENTERPRISES, INC., RHINO LININGS USA, INC., TRIM TAPE, INC., ULTIMATE LININGS LTD., VORTEX SPRAYLINERS, INC., ZEFR COMPOSITES, INC., ZIEBART INTERNATIONAL CORP., BALLWEG CHEVROLET, INC., D&J SERVICE CENTER, DOUBLE G COLLISION CLINIC, L.L.C., JONES CHEVROLET-BUICK-PONTIAC-CADILLAC, INC., KING KOLLISION, L.L.C., KUNES COUNTRY CHEVROLET-CADILLAC, INC., MONROE TRUCK EQUIPMENT, INC., and ZIEBART'S RHINO LINING-JANESVILLE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-411-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that final judgment of direct infringement is entered against defendants Rhino Linings USA, Inc., Ballweg Chevrolet Inc., and King Kollision. All remaining claims in this case are dismissed with prejudice.

_____    9-18-08
Joel W. Turner, Acting Clerk of Court    Date